Josephine Linker Hart, Justice, dissenting. The timely filing of a transcript is a jurisdictional question, and the failure to timely file deprives this court of authority to hear the appeal. T. Ricks, LLC v. Kent, 2014 Ark. 269, 2014 Ark. 269; see also Ark. Sup. Ct. R. 2-2. Without jurisdiction, this court cannot consider an appeal on the merits. Kent, supra. Contrary to the majority’s assertion that “we need not consider the merits of the motion for rule on the clerk” to determine whether this court has jurisdiction, we must consider the “merits” of Mr. Fischer’s motion. Quite simply, the majority has put the cart before the horse. I respectfully dissent.